FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00310-CR

Julio C. **RIVERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2932
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The trial court imposed sentence in the underlying cause on February 15, 2022. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on March 17, 2022. *See* TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on April 1, 2022. *See id.* R. 26.3. Appellant's notice of appeal was filed on May 13, 2022. Appellant did not file a motion for extension of time.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *See id.* Having reviewed the record, it appears that the notice of appeal was untimely filed, and no motion for extension of time was filed. It is therefore ORDERED that appellant show cause in writing by **June 15, 2022**, why this appeal should not be dismissed for lack of jurisdiction. *See id.*; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991)(out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure).

_____
Rebeca C. Martinez, Chief Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court